UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIK KHASRU,

    Petitioner,

v.

REBECCA ADDUCCI,

    Respondent.

_____/

Case No. 1:16-cv-974

HON. JANET T. NEFF

**ORDER**

This is a habeas corpus petition. Respondent filed a motion to dismiss for mootness. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on January 4, 2017, recommending that this Court grant the motion and deny the petition. The Report and Recommendation was duly served on the parties.[1] No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Order. The Court will also issue a Judgment in this habeas proceeding. *See Gillis v. United States*, 729 F.3d 641, 643 (6th Cir. 2013) (requiring a separate judgment in habeas proceedings).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 8) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Dismiss for Mootness (Dkt 5) is GRANTED, and the petition for habeas corpus relief (Dkt 1) is DENIED for the reasons stated in

---

[1] Service of the Report and Recommendation on Petitioner was returned, marked "inmate released" and "return to sender." Petitioner has failed to keep the Court apprised of his current address.

the Report and Recommendation.


Dated: January 30, 2017                    /s/ Janet T. Neff  
                                                     JANET T. NEFF  
                                                     United States District Judge